**Quinn E. Kuranz**, OSB No. 114375
quinn@kuranzlaw.com
The Office of Q.E. Kuranz, Attorney at Law LLC
65 SW Yamhill St. Suite 300,
Portland, OR 97204
Telephone: (503) 914-3930
**Attorney for Plaintiff**

    **Attorney for Defendants**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| M.L. | CASE NO.: 3:21-CV-0526-YY |
| Plaintiff, | |
| v. | **PROPOSED RULE 26(F) DISCOVERY PLAN AND CONFERENCE REPORT** |
| **CASTRO & CANTU, LLC, JOHN CANTU, BEATRIZ CANTU, INTERMOUNTAIN CLAIMS, INC., AND JOE LEE,** | |
| Defendants. | |

### I.  Conference of Counsel

Counsel for the parties conferred by telephone on June 1, 2021, concerning scheduling and discovery issues and jointly herein submit the following Status Report in preparation for the Rule 16 conference.

At this time, the parties do not consent to magistrate jurisdiction, but will continue to discuss that question moving forward.

## II. Initial Disclosures

The parties will exchange initial disclosures and initial discovery protocols as required by Fed. R. Civ. P. 26(a)(1) and LR 26-7 and intend on exchanging initial disclosures by 5:00 PM on August 20, 2021.

## III. Discovery Plan

The following discovery plan will follow:

A. The parties anticipate the following subject areas for discovery: communications between Defendants concerning the decision to terminate Plaintiff; Defendants' actions concerning other injured workers; Defendants' actions concerning injured workers who do not speak English or speak Spanish; Defendants' investigative training and research into administering and investigating workers' compensation claims and administering benefits; adverse impact discrimination on the way in which Defendants implement their workers' compensation system; Plaintiff's work history; Plaintiff's economic and non-economic damages.

B. Depositions of the organizational representatives of LLC or Corporate Defendants, individual Defendants, and Plaintiff and any others that may be necessary.

## IV. SCHEDULING

A. The deadline to join all parties is November 26, 2021.

B. The last date for completion of non-expert discovery is February 25, 2022.

C. Dispositive Motions are due April 29, 2022.

D. The Joint Alternate Dispute Resolution Report is due thirty days after final resolution

of the dispositive motions or May 20, 2022, if no dispositive motions are filed.

E. The parties will schedule a trial schedule with the court after dispositive motions are heard, or at the direction of the court.

Respectfully submitted:

| Dated: July 29, 2021<br><br>s/ Quinn E. Kuranz<br><br>The Office of Q.E. Kuranz, Attorney at Law LLC<br>65 SW Yamhill St. Suite 300,<br>Portland, OR 97204<br>Telephone: (503) 914-3930<br>**Attorney for Plaintiff** | Dated July 29, 2021<br><br>s/ Fredd Cann<br><br>Cann Lawyers<br>620 SW Main St., Suite 205<br>Portland, OR 97205<br>Phone: 503-226-6529<br>**Attorney for John and Beatriz Cantu** |
|---|---|
| Dated July 29, 2021<br><br>s/Randi Ensley<br>Randi Ensley<br>SBH Legal<br>1200 SW Main St.<br>Portland, OR 97205<br>Phone: 503-412-3119<br>**of Attorneys for Intermountain Claims, Inc., and Joe Lee** | Dated July 29, 2021<br><br>s/ Stephen McCarthy<br>Stephen McCarthy<br>McCarthy Law Firm, LLC<br>9220 SW Barbur Blvd, Suite 119 #286<br>Portland, OR 97219<br>Phone 503-887-1039<br>**Attorney for Castro & Cantu, LLC** |